UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LENORE KITER,

        Plaintiff,

  v.

WAL-MART STORES, INC.,

        Defendant.

                                /

NO. CIV. 08-01147 WBS DAD

<u>ORDER</u>

----oo0oo----

        In its Order Setting Status (Pretrial Scheduling) Conference issued on May 23, 2008, this court unequivocally instructed any non-governmental corporate party to include its corporate disclosures in the parties' Joint Status Report:

> In order to assist the court in meeting its recusal responsibilities, any non-governmental corporate party to this action shall submit a statement identifying all its parent and subsidiary corporations and listing any publicly held company that owns 10% or more the party's stock.  Such statement shall be included in the parties' Joint Status Report.  If any non-governmental corporate party has no parent or subsidiary corporations or no publicy held companies owning 10% or more of its stock,

1

it shall so state in the Joint Stat[u]s Report. **Failure to comply with the foregoing requirements of this paragraph will result in the Joint Status Report being stricken and such other sanctions as may be appropriate.** Thereafter, if there is any change in the information, the party shall file and serve a supplemental statement within a reasonable time after such change occurs.

(May 23, 2008 Order ¶ 6.)

On August 25, 2008, the parties filed a Joint Scheduling Conference Report and an Amended Joint Scheduling Conference Report.  Defendant Wal-Mart Stores, Inc. failed to include its corporate disclosures in either of the parties' reports or in any document it previously filed.

IT IS THEREFORE ORDERED THAT the parties' Joint Scheduling Conference Report and Amended Joint Scheduling Conference Report be, and the same hereby is, STRICKEN from the record and that the Scheduling Conference set for September 8, 2008 be RESCHEDULED for **October 6, 2008**, at 2:00 p.m..  The parties shall submit a new Joint Status Report that complies with this court's May 23, 2008 Order no later than September 22, 2008.

IT IS FURTHER ORDERED THAT, in the new Joint Status Report, Wal-Mart Stores, Inc. shall show cause why it should not be sanctioned in the amount of $175.00 for failure to comply with this court's May 23, 2008 Order.

DATED:  August 28, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE