UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORE KITER, | Case No. 2:08-CV-01147 WBS DAD |
| Plaintiff, | **ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE FOR SCHEDULING CONFERENCE** |
| vs. | |
| WAL-MART STORES, INC. | October 6, 2008 |
| | 2:00 PM |
| Defendant. | Hon. William B. Shubb |

TO ALL PARTIES:

The Court ORDERS that counsel for Defendant Wal-Mart Stores, Inc. may appear via telephone at the Scheduling Conference on October 6, 2008 at 2:00 PM.

Dated: October 3, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-
ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT SCHEDULING CONFERENCE
U.S.D.C. – Eastern District of California, Case No. 2:08-CV-01147 WBS DAD