ALAN ADELMAN, ESQ.   BAR NO: 170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 9th Floor
Union Square
San Francisco, California 94108
Telephone: (415) 956-1360
Facsimile: (415) 625-1339

ELIZABETH S. MANCL, ESQ.   BAR NO: 191844
Attorney at Law
508 Forbes Avenue, 2nd Floor South
Yuba City, California 95991
Telephone: (530) 751-1695
Facsimile: (530) 751-2384

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORE KITER, | CASE NO.: 2:08-CV-01147-WBS-DAD |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY AT SCHEDULING CONFERENCE HEARING |
| vs. | |
| WAL-MART STORES, INC., | |
| Defendant. | DATE:     OCTOBER 6, 2008
TIME:     2:00 P.M.
COURT:    5 |

Plaintiff's Counsel's request to appear telephonically at the October 6, 2008, 2:00 p.m. Scheduling Conference in this matter is granted.  Plaintiff's Counsel shall be prepared to appear telephonically on October 6, 2008 beginning at 2:00 p.m., and until such time as this Court is able to hear this matter, at the following telephone number: **(415) 956-1360**.  The Court shall place the telephone call.

**IT IS SO ORDERED.**

Dated:   October 6, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE