1  ALAN ADELMAN, ESQ., BAR NO.: 170860
   LAW OFFICES OF ALAN ADELMAN
2  240 Stockton Street, 9th Floor
   Union Square
3  San Francisco, California 94108
   Telephone: (415) 956-1360
4  Facsimile:  (415) 625-1339

5  ELIZABETH S. MANCL, ESQ., BAR NO.: 191844
   508 Forbes Avenue, 2nd Floor South
6  Yuba City, California 95991
   Telephone: (530) 751-1695
7  Facsimile:  (530) 751-2384

8  Attorneys for Plaintiff

9  GREGORY L. SPALLAS, SBN 129306
   KRISTIN L. OLIVEIRA, SBN 204384
10 PHILLIPS, SPALLAS & ANGSTADT LLP
   650 California Street, Tenth Floor
11 San Francisco, California 94108
   Telephone: (415) 278-9400
12 Facsimile: (415) 278-9411

13 Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORE KITER, | **CASE NO.**:  2:08-CV-01147 WBS DAD |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(ii) AND ORDER THEREON** |
| WAL-MART STORES, INC., | |
| Defendant. | [Complaint Filed: May 23, 2008] |

**STIPULATION FOR DISMISSAL**

The parties, by and through their counsel of record, hereby stipulate that the above captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(ii), with each party bearing its own costs and fees incurred in connection with this litigation.  This dismissal is the result of the complete settlement of the action.

**SO STIPULATED.**

DATED: December 11, 2008                    By: /s/ Elizabeth S. Mancl as authorized on 12/11/08
                                                                                 ELIZABETH S. MANCL
                                                                                 Attorney for Plaintiff

DATED: December 11, 2008                    PHILLIPS, SPALLAS & ANGSTADT LLP


                                                                By:   /s/ Kristin L. Oliveira
                                                                     KRISTIN L. OLIVEIRA
                                                                     Attorneys for Defendant

**ORDER ON STIPULATION FOR DISMISSAL**

The parties having so stipulated, this matter is hereby ordered DISMISSED WITH PREJUDICE.

DATED:  December 11, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE